FILED

MAY 26 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. W-00-CR-122** |
| | § | |
| **SAMUEL MONGARE** | § | |

**ORDER**

Came on this date to be considered the Defendant's Motion to Expunge. The Court, having considered the motion, finds that it lacks merit and should be denied. Accordingly, it is

**ORDERED** that the Defendant's Motion to Expunge is **DENIED.**

**SIGNED** this 26 day of May, 2005.

Walter S. Smith

**WALTER S. SMITH, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**

18